**Order entered September 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00950-CR

**UCHECHUKWU DIOGU UKARIWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76605-Q**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. On September 16, 2019, the trial court's appointment of counsel was filed with the Court. We **DIRECT** the Clerk of the Court to list John Tatum as appointed counsel for appellant.

The clerk's record and reporter's record have been filed. Appellant's brief is **DUE** by October 14, 2019.

/s/     LANA MYERS
           JUSTICE